PHŒNIX PAPER COMPANY, Respondent, *v.* DWIGHT S. MILLER, Appellant.

*Phœnix Paper Co.* v. *Miller,* 76 App. Div. 623, affirmed.
(Submitted June 10, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 14, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Edgar T. Brackett* for appellant.

*C. C. Van Kirk* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.

---

GROVE D. CURTIS et al., Respondents, *v.* BENJAMIN SIRE, Appellant.

*Curtis* v. *Sire,* 84 App. Div. 641, affirmed.
(Submitted June 10, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1903, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Bennett E. Siegelstein* for appellant.

*William C. Relyea* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.